IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00960-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 04 2009

GREGORY C. LANGHAM
CLERK

DARRELL LAMONT BAILEY,

Petitioner,

v.

HARLEY G. LAPPIN, Dir. BOP, and
HARRELL WATTS, General Counsel BOP, Central, et al.,

Respondents.

## ORDER OF DISMISSAL

On April 27, 2009, Petitioner Darrell Lamont Bailey, a federal prisoner who currently is housed in the State of Colorado at the United States Penitentiary in Florence, Colorado, submitted to the Court a pleading titled, "Writ _____ Mandamus (28 USC 1361, 1671) to Compel Protecting & Upholding U.S. Const. . . . ." Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructed Mr. Bailey to cure the deficiencies in the pleading. Mr. Bailey specifically was directed to submit his claims on a Court-approved form used in filing prisoner complaints in this Court and to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or in the alternative pay the $350.00 filing fee. The proper Court-approved forms used in filing a prisoner complaint action were sent to Mr. Bailey along with Magistrate Boland's Order to Cure Deficiencies.

Mr. Bailey now has failed to file his claims on a proper Court-approved form as he was instructed to do and either to submit a 28 U.S.C. § Motion and Affidavit or to pay the $350.00 filing fee. Mr. Bailey, therefore, has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure deficiencies.

DATED at Denver, Colorado, this 4 day of June, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00960-BNB

Darrell Lamont Bailey
Reg. No. 00973-424
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/4/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk