IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00960-ZLW

DARRELL LAMONT BAILEY,

    Petitioner,

v.

HARLEY G. LAPPIN, Dir. BOP, and
HARRELL WATTS, General Counsel BOP, Central, et al.,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 3 0 2009

GREGORY C. LANGHAM
           CLERK

---

ORDER DENYING MOTION TO RECONSIDER

---

Petitioner Darrell Lamont Bailey, a federal prisoner who currently is housed in the State of Colorado at the United States Penitentiary in Florence, Colorado, filed a *pro se* document titled, "Writ: 09cv00960-BNB & Objections," on June 17, 2009. The Court must construe the document liberally because Mr. Bailey is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The June 17, 2009, document, therefore, will be construed as a Motion to Reconsider and will be denied for the reasons stated below.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Bailey filed the document within ten days after the Order of Dismissal and the Judgment was entered in the instant action. The Court, therefore,

finds that the Motion to Reconsider is filed pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

On June 4, 2009, the Court dismissed this action because Mr. Bailey failed to cure the deficiencies identified in Magistrate Judge Boyd N. Boland's April 27, 2009, Order. Specifically, in accordance with the April 27, 2009, Order, Mr. Bailey failed to file his claims on a Prisoner Complaint form and to submit to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

Mr. Bailey's Motion to Reconsider is unintelligible. To the extent in the Motion Mr. Bailey is attempting to object to the April 27, 2009, Order, he fails to state in a comprehensible manner why he did not or was unable to object to Magistrate Judge Boland's Order within the time allowed to cure the noted deficiencies. The Court, therefore, concludes that Mr. Bailey fails to demonstrate some reason why the Court should reconsider and vacate the June 4, 2009, Order of Dismissal. Mr. Bailey is reminded that the instant action was dismissed without prejudice, and he may, if he desires, seek to file a new action. Accordingly, it is

ORDERED that the Writ: 09cv00960-BNB & Objections (Doc. # 5), filed June 17, 2009, is construed as a Motion to Reconsider, filed pursuant to Fed. R. Civ. P. 59(e), and is denied.

DATED at Denver, Colorado, this 29 day of June, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00960-ZLW

Darrell Lamont Bailey
Reg. No. 00973-424
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/30/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk